## (July 12, 1968)

In the Matter of the Claim of ELOISE HINDS, Appellant, v. WESTERN UNION TELEGRAPH COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Application for an order directing that claimant be furnished a transcript of the hearing minutes without charge denied, without costs. (Workmen's Compensation Law, § 122; General Rules and Procedure of the Workmen's Compensation Board, rule 17, subd. [a]; 12 NYCRR 300.18 [a].) Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.